JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| HALIBURTON INTERNATIONAL FOODS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD MARASCO, an individual; SEVILLO FINE FOODS, INC., a Utah Corporation, and DOES 1-25 inclusive, <br><br> Defendants <br><br> RICHARD MARASCO, an individual; <br><br> Cross-Complainant, <br><br> vs. <br><br> HALIBURTON INTERNATIONAL FOODS, INC., <br><br> Cross-Defendant. | CASE NO.: 5:20-CV-01069-JGB (SHKx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

      Based on the stipulation of counsel of record for Plaintiff HALIBURTON INTERNATIONAL FOODS, INC. and Defendant and Cross-Complainant RICHARD MARASCO and Defendant SEVILLO FINE FOODS, INC., who stipulate that this entire action be dismissed with prejudice and with each party to bear its own attorney's fees and costs, and good cause having been shown:

      **IT IS ORDERED**, that the above entitled action in its entirety is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

      **IT IS SO ORDERED.**

Dated: May 25, 2022

                                        Honorable Jesus G. Bernal
                                        United States District Court Judge